No. 2717.—KEEP & HOGAN v. MRS. MARTHA M. HARRISON.

An appeal will not lie from a judgment for the exact amount of five hundred dollars. Constitution, article 74.

APPEAL from the Seventh District Court, parish of West Feliciana. *Cooley*, J. *Collins & Leake*, for .plaintiffs and appellees. *W. D. Winter*, for defendant and appellant.

LUDELING, C. J. The motion to dismiss must prevail. Suit was instituted for the recovery of five hundred dollars, with. interests, in the parish court. An exception to the jurisdiction of the court having

been filed, the plaintiff remitted the interest on the trial, and there was ·judgment for five hundred dollars. An appeal was taken to the district court. ·Judgment was again rendered in favor of the plaintiff for five hundred dollars, and defendant has again appealed. The amount in dispute does not exceed five hundred dollars.· This court is, therefore, without jurisdiction. Constitution, art. 74; 14 An. 114.

It is ordered that the appeal be dismissed.